USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/19/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

BRET Q. YOUNG,

                 Plaintiff,

-against-

THE CITY OF NEW YORK, et al.,

                 Defendants.

------------------------------------------------------------ x

**ORDER**

19 Civ. 5738 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

       IT IS HEREBY ORDERED (reflecting oral orders given at the conference held on November 15, 2019) that:

1. The above-named plaintiff shall provide to defendant City of New York, on or before November 22, 2019, releases for unsealing of the records described in defendant's motion, ECF No. 25.

2. The parties shall promptly stipulate to a protective order.

3. Defendants may not use or disclose plaintiff's records before stipulating to a protective order.

4. Defendant City of New York shall disclose to plaintiff, on or before November 29, 2019, the names of all officers on the scene at the time and location described in the complaint.

5. Plaintiff is granted leave to take the depositions of all officers identified pursuant to Item 4 above. Plaintiff may take such depositions at any time after the officers are identified, including before defendants answer the complaint.

6. Time to answer or otherwise respond to the complaint is extended to December 27, 2019.

    No further extensions will be granted.

    The Clerk is directed to close the open motion, ECF No. 25.

    SO ORDERED.

Dated:     New York, New York
             November 19, 2019

ALVIN K. HELLERSTEIN
United States District Judge