UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
-------------------------------------------------------------- x
Bret Q. Young,                                                 :
                                                               :
                                                               :   ORDER REGULATING
                                                               :   PROCEEDINGS
                      Plaintiff,                               :
                                                               :
       -against-                                               :   19 Civ. 5738 (AKH)
                                                               :
                                                               :
                                                               :
City of New York, et al.,                                      :
                                                               :
                      Defendants.                              :
-------------------------------------------------------------- x
```

ALVIN K. HELLERSTEIN, U.S.D.J.:

        On November 13, 2020, I held a telephonic status conference in the above-captioned matter. As discussed at the conference, parties shall complete fact discovery by February 26, 2021. Parties are hereby ordered to appear for a status conference on March 12, 2021 at 10 am.

        SO ORDERED.

Dated:     November 13, 2020        _____/s/ Alvin K. Hellerstein_____
               New York, New York        ALVIN K. HELLERSTEIN
                                                    United States District Judge